UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025
```

AUGUST IMAGE, LLC,

       Plaintiff,

-v.-

GUEST OF A GUEST, INC.,

       Defendant.

24 Civ. 4099 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

  On May 29, 2024, Plaintiff August Image, LLC filed the Complaint in this action. ECF No. 1. On May 30, 2024, Plaintiff filed a First Amended Complaint. ECF No. 6. On June 21, 2024, Plaintiff served Defendant Guest of a Guest, Inc. with process. ECF No. 11. Its answer was therefore due on July 12, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendant has not responded to the Complaint or otherwise appeared. Upon Plaintiff's application, ECF No. 15, the Clerk of Court issued a certificate of default for Defendant on July 29, 2024, ECF No. 17. On August 22, 2024, Plaintiff moved for a default judgment, ECF No. 18, and filed declarations and a memorandum of law in support, ECF Nos. 19, 20, 21.

  Plaintiff's papers in support of its motion are in good order. If Defendant wishes to oppose the motion, then its counsel shall, (1) by **March 27, 2025**, enter a notice of appearance, and (2) by **March 31, 2025** at **12:00 p.m.**, file an opposition explaining why a default judgment is not warranted.

  Plaintiff has already filed proof of service of the papers in support of the motion for a default judgment. ECF No. 23. By no later than **March 25, 2025**, Plaintiff shall serve Defendant with this Order and file proof of that service on the docket.

SO ORDERED.

Dated: March 24, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge