USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

                Plaintiff,

-v.-

GUEST OF A GUEST, INC.,

                Defendant.

24 Civ. 4099 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

On May 29, 2024, Plaintiff August Image, LLC filed this copyright infringement action. ECF No. 1. On June 21, 2024, Defendant Guest of a Guest, Inc. was served with process. ECF No. 11. Defendant's answer was therefore due on July 12, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendant failed to answer or otherwise appear.

On July 29, 2024, upon Plaintiff's application, ECF No. 15, the Clerk of Court issued a certificate of default, ECF No.17. On August 22, 2024, Plaintiff moved for a default judgment pursuant to Federal Rule of Civil Procedure 55. ECF No. 18. Defendant did not oppose the motion.

On March 24, 2025, the Court issued an order directing Defendant to show cause, by March 31, 2025 at 12:00 p.m., as to why a default judgment was not warranted. ECF No. 24. On March 25, 2025, Plaintiff served the Court's Order on Defendant. ECF No. 25. Defendant has not opposed the Order or otherwise appeared.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions. Because proof of service has been filed; Defendant has failed to answer the Complaint; the time for doing so has expired; and Defendant has failed to appear to contest the entry of a default judgment, the Court enters a default judgment for Plaintiff against Defendant

on all claims, with declaratory, injunctive, and compensatory relief to be determined at an inquest, plus costs, interest, and attorneys' fees to be determined based on a subsequent submission.

By separate Order, the Court will refer this case to Magistrate Judge Gary Stein for an inquest into declaratory and injunctive relief and damages. By **April 2, 2025**, Plaintiff shall serve this Order upon Defendant and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated: March 31, 2025
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge