R. Terry Parker, Esq.
Law Office of R. Terry Parker
43 West 43rd Street, Ste. 275
New York, New York 10036-7424
Tel: (212) 859-5068
Email: terry@rterryparkerlaw.com


July 17, 2025


**VIA ECF**


Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Application granted.  Pursuant to the Court's May 15, 2025
Order (Dkt. No. 30) the inquest hearing scheduled for July 23,
2025 is hereby cancelled.  Pursuant to this same Order, the Court
will issue a report and recommendation based solely upon the
written submissions of the parties.  (See id. at 2).

Date:    July 21, 2025
         New York, NY

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Re:    **August Image LLC v. Guest of a Guest, Inc.**
       **Case No.: 1:24-c-04099-JHR**

Dear Judge Stein:

I represent the plaintiff in the above-referenced lawsuit.  Pursuant to Your Honor's Scheduling
Order for Inquest, the above-referenced matter is scheduled for an inquest hearing on July 23,
2025 at 10:00 am regarding the proposed damages for the plaintiff's motion for a default
judgment.

I write to request that the in-person inquest into damages be adjourned and that the inquest into
damages be based solely upon the written submissions, in light of the defendant's continued
failure to respond to the plaintiff's submissions.  The plaintiff submits that this request is
permitted by the precedent of this Court.  S*ee Transatlantic Marine Claims Agency, Inc. v. Ace
Shipping Corp.*, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court
to hold a hearing, as long as it ensured that there was a basis for the damages specified in the
default judgment."') (q*uoting Fustok v. ContiCommodity Services, Inc.*, 873 F.2d 38, 40 (2d
Cir.1989)); *see, e.g., Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v.
Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015).

Respectfully submitted,

/s/R. Terry Parker

1

cc:  Guest of a Guest, Inc. via email (rachelle@guestofaguest.com and
     christie.grimm@guestofaguest.com)